**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CAROL LLOYD INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  MMDS OF ASHEVILLE** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0269453** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3011 HARRAH DRIVE SUITE T**<br>**Spring Hill, TN 37174**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.mmdsmobile.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **CAROL LLOYD INC.**                                              Case number (*if known*) _____
       Name

**7.**    **Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __6215__

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | | | | |
|---|---|---|---|---|
| District | **WESTERN DIST OF NORTH CAROLINA** | When | **5/15/17** | Case number **17-10207 CH11** |
| District | _____ | When | _____ | Case number _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **MMDS OF NORTH CAROLINA, INC.** | Relationship | **AFFILIATE COMPANY** |
| District | **EASTERN DIST OF NORTH CAROLINA** | When **4/07/17** | Case number, if known **17-01749-5** |

Debtor    **CAROL LLOYD INC.**                                         Case number (*if known*) _____
_____
Name

**11.** **Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

█ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | CAROL LLOYD INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2018**
                MM / DD / YYYY

**X /s/ LLOYD M. WILLIAMS, III**
Signature of authorized representative of debtor

**LLOYD M. WILLIAMS, III**
Printed name

Title    **AUTHORIZED REPRESENTATIVE**

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**
Signature of attorney for debtor

Date  **August 15, 2018**
      MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**618 CHURCH ST.,  #410**
**NASHVILLE, TN 37219**
Number, Street, City, State & ZIP Code

Contact phone  **615-256-8300**    Email address  **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **CAROL LLOYD INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 15, 2018**   *X* **/s/ LLOYD M. WILLIAMS, III**
_____
Signature of individual signing on behalf of debtor

**LLOYD M. WILLIAMS, III**
_____
Printed name

**AUTHORIZED REPRESENTATIVE**
_____
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CAROL LLOYD INC. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFG ALLIANCE FUNDING GROUP PO BOX 4130 HOPKINS MN 55343 | | | | $77,436.12 | $0.00 | $77,436.12 |
| AMERICAN EXPRESS PO BOX 981540 EL PASO TX 79998 | | | | | | $198,901.98 |
| ASCENTIUM CAPITAL- AFG PO BOX 301593 DALLAS TX 7303 | | | | $67,616.86 | $0.00 | $67,616.86 |
| BALBOA CAPITAL 75 ANTON BLVD 12TH FL COSTA MESA CA 92626 | | | | $36,132.11 | $0.00 | $36,132.11 |
| BENEFICIAL EQUIPMENT FINANCE 165 POTSTOWN PK CHESTER SPRINGS PA 19425 | | | | $52,692.75 | $0.00 | $52,692.75 |
| BLUE RIDGE FINANCIAL DBA ENVISION 535 WASHINGTON ST #201 BUFFALO, NY 14203 | | | | $52,692.75 | $0.00 | $52,692.75 |
| BLUE RIDGE FINANCIAL DBA ENVISION 535 WASHINGTON ST #201 BUFFALO, NY 14203 | | | | $65,152.00 | $0.00 | $65,152.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **CAROL LLOYD INC.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ENVISION CAPITAL GROUP BANKERS LEASING PO BOX 7740 URBANDALE, IA 50323 | | | | $47,092.00 | $0.00 | $47,092.00 |
| FINANCIAL PACIFIC 3455 S 344TH WAY AUBURN LA 98001 | | | | $85,800.77 | $0.00 | $85,800.77 |
| IRS CNTRLZD INSOLVENCY OPRTN PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | | | | $1,400,000.00 |
| LCA BANK CORP ENVISION 3150 LIVERMOIS RD #300 TROY, MI 48083 | | | | $43,337.97 | $0.00 | $43,337.97 |
| LCA BANK CORP ENVISION 3150 LIVERMOIS RD #300 TROY, MI 48083 | | | | $43,268.29 | $0.00 | $43,268.29 |
| MARTIN BUSINESS BANK PO BOX 13604 PHILADELPHIA PA 19101 | | | | $47,161.24 | $0.00 | $47,161.24 |
| North Carolina Department of Revenue Attn: Tom Gardin 501 N Wilmington St Raleigh, NC 27604 | | | | | | $50,000.00 |
| STEARNS BANK PO BOX 750 ALBANY MN 56307 | | | | $122,117.42 | $0.00 | $122,117.42 |
| SUSQUEHANA CMRCL FINANCE 2 COUNTRY VIEW RD #300 MALVERN PA 19355 | | | | $48,351.92 | $0.00 | $48,351.92 |
| TD AUTO FINANCE PO BOX 16035 LEWISTON ME04243 | | | | $67,235.98 | $0.00 | $67,235.98 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | CAROL LLOYD INC. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UNIFI EQUIPMENT FINANCE ENVISION PO BOX 1689 ANN ARBOR, MI 48106 | | | | $77,913.60 | $0.00 | $77,913.60 |
| UNIFI EQUIPMENT FINANCE ENVISION PO BOX 1689 ANN ARBOR, MI 48106 | | | | $39,728.47 | $0.00 | $39,728.47 |
| US BANK OF THE WEST 1310 MADRID ST MARSHALL MN 56258 | | | | $157,459.25 | $0.00 | $157,459.25 |

**Fill in this information to identify the case:**

Debtor name **CAROL LLOYD INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 1,021,401.52

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 1,021,401.52

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 1,856,565.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 1,450,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 208,901.98

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b

   $ 3,515,467.68

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **CAROL LLOYD INC.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | **Bank Account with BB&T, Value: ($17,000)** | | |
| 3.1. | **Bank Account with Eastman Credit Union, Value:  ($-41.48)** | **Business** | $16,958.52 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                                       $16,958.52
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

☑ No.  Go to Part 5.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **CAROL LLOYD INC.**
Name                                                  Case number *(If known)* _____

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles - Carol Lloyd (25 total vehicles); unknown at time** | $0.00 | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Various Machines, Modules, X-Ray Systems, Analyzers, Printers, Computers, Laptops, Monitors, Interfaces, Centrifuges, Servers, Firewalls, Software, and Medical Equipment (See Attached detailed list)** | $629,243.00 | Replacement | $629,243.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $629,243.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **CAROL LLOYD INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.mmdsmobile.com www.mmdsorders.com **VALUE:  $200** | $200.00 | N/A | $200.00 |
| 62.  **Licenses, franchises, and royalties** **Medicare/Medicaid** **Commercial Insurances Licenses** **(inspection value for business license process)** | Unknown | N/A | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** **Carol Lloyd Customer List (a handful of cutomers at present moment)** **Value:   $25,000** | $25,000.00 | Revenue based | $25,000.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $25,200.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **CAROL LLOYD INC.**                                     Case number *(If known)* _____
            Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**NOL- Federal re: tax year of 2014**<br>**Value:  ($350,000)** | Tax year **2014** | **$350,000.00** |
| | **NOL - Unknown at the moment for tax year 2015**<br>**Value:  unknown** | Tax year **2015** | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Texas Workforce Commission**<br>**(Re:  1 former accountant employee in TX)**<br>**Value:  none** | | **$0.00** |

| Nature of claim | **Resolved Employee Compensation Issue** |
|---|---|
| Amount requested | **$0.00** |

| 76. | **Trusts, equitable or future interests in property** |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | $350,000.00 |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **CAROL LLOYD INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16,958.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $629,243.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $350,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,021,401.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,021,401.52 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| PAID BY | MACHINE NAME | COUNT | YEAR | CURRENT VALUE | REF/MODEL # | SERIAL NUMBER | LEASING THROUGH | ACCOUNT # | PAYOFF |
|---------|--------------|-------|------|---------------|-------------|---------------|-----------------|-----------|--------|
| Carol Lloyd | Mindray M7 U/S System | 2 | 2016 | $36,000.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Advanced Configuration | 2 | 2016 | $0.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Portable Transducer 7L4s (Linear) | 2 | 2016 | $500.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Portable Transducer C5-2s (Convex) | 2 | 2016 | $500.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Portable Transducer P4-2s (Phased Array) | 2 | 2016 | $500.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Portable Transducer V10-4Bs (Endocavity) | 1 | 2016 | $250.00 | | | AFG Alliance | 2172443 | $67,615.86 |
| Carol Lloyd | DICOM Package | 2 | 2016 | $800.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | ECG-21, ECG Module | 2 | 2016 | $400.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | IDM-21, IDock | 2 | 2016 | $400.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Kodak DirectView Vita | 2 | 2014 | $500.00 | | | AFG Alliance | 2172443 | |
| Carol Lloyd | Portable X-Ray System | 2 | 2014 | $14,000.00 | | | AFG Alliance | 2113298 | |
| Carol Lloyd | Holter Vision Software | 1 | 2014 | $300.00 | | | AFG Alliance | 2113298 | $2,609.11 |
| Carol Lloyd | ECG Interpreteve | 1 | 2014 | $300.00 | | | AFG Alliance | 2113298 | |
| Carol Lloyd | Directivies Vita WRC | 1 | 2014 | $300.00 | | | AFG Alliance | 2113298 | |
| Carol Lloyd | Gen Flex 14x17 (Plate/Cassette) | 2 | 2014 | $200.00 | | 081213-228 | BALBOA | 132320-006 | |
| Carol Lloyd | X-Ray System, Portable | 4 | 2014 | $400.00 | | | BALBOA | 132320-006 | $33,377.89 |
| Carol Lloyd | | 2 | 2014 | $14,000.00 | | | BALBOA | 132320-006 | |
| **Carol Lloyd** | **?????????** | | 2014 | | | | **BALBOA** | **132320-007** | **$36,132.11** |
| SKYY | Analyzer I-Stat | 8 | 2016 | $24,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | I-Stat Martel Portable | 1 | 2016 | $5,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | I-Stat Electronic Simulator | 1 | 2016 | $5,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | Cable Lan Filter | 1 | 2016 | $50.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | ISed Fully Automated ESR | 1 | 2016 | $15,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | Genexpert IV-2 Desktop | 1 | 2016 | $10,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | UPS F/ Genexpert | 1 | 2016 | $10,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | Clinitek Status+ | 10 | 2016 | $8,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | Printer I-Stat F/Analyzer | 8 | 2016 | $15,000.00 | | | BALBOA / HENRY SCHEIN | 132320-008 | |
| SKYY | Dell Poweredge R430 Server | 1 | 2016 | $800.00 | | CFSVDB2 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Smart Ups 1500RM Battery Backup | 1 | 2016 | $50.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Microsoft Windows Server 2012R2 Standard | 1 | 2016 | $100.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Microsoft Windows Server 2012 User CAL | 10 | 2016 | $1,000.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Microsoft Windows Remote Desktop User CAL | 5 | 2016 | $500.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | 4TB External Backup Drive | 1 | 2016 | $75.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower | 1 | 2016 | $400.00 | | FHST882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower | 1 | 2016 | $400.00 | | GB5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower | 1 | 2016 | $400.00 | | GH5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower | 1 | 2016 | $400.00 | | HH5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower w/ MS Office | 1 | 2016 | $450.00 | | J55T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower w/ MS Office | 1 | 2016 | $450.00 | | 2J5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower w/ MS Office | 1 | 2016 | $450.00 | | S65T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower w/ MS Office | 1 | 2016 | $450.00 | | 665T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 3040 Minitower w/ MS Office | 1 | 2016 | $450.00 | | 8K5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell 24" LED Monitor | 10 | 2016 | $400.00 | | CH5T882 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | GM47K72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | 2NZ8M72 | BANKERS LEASING (Envision) | 0316165K1-013 | $47,092.00 |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | 6PH7M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | 77F8M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | 8VH7M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | 89T1M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | C0B1M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | C147M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | F4B7M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | FTP0M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | GS21M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | GCW7M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | GRF1M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | DELL Latitude E5470 Laptop | 1 | 2016 | $250.00 | | HY12M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell Optiplex 7040 Minitower W/ MS Office | 1 | 2016 | $450.00 | | JZ12M72 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Dell 24" LED Monitor | 4 | 2016 | $40.00 | | HVLU4B2 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Bi-Directional Analyzer Interface | 1 | 2016 | $100.00 | | 3000475J | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Host Query Analyzer Interface | 1 | 2016 | $100.00 | | 3004753 | BANKERS LEASING (Envision) | 0316165K1-013 | |
| SKYY | Centrifuge Benchtop | 12 | 2016 | $10,000.00 | | | BANKERS LEASING (Envision) | 0316165K1-013 | |
| Carol Lloyd | Ultrasound system | 1 | 2016 | $11,000.00 | | | BENEFICIAL (Envision) | 102516SK1-021 | $52,692.75 |
| SKYY | System Development & Interface | 1 | 2016 | $0.00 | | | BLUEBRIDGE (Envision) | 117085 | $48,000.00 |
| Carol Lloyd | X-Ray System, Portable | 1 | 2014 | $8,000.00 | | | BLUEBRIDGE (Envision) | 116212 | $65,152.32 |
| Carol Lloyd | X-Ray System, Portable | 1 | 2015 | $9,000.00 | | | Bryn Mawr Funding | 84630ECG1 | $24,172.72 |
| | | | | | | | FINANCIAL PACIFIC | 006-0871901-001 | $24,671.40 |

31968

| | Description | Qty | Year | Amount | | Serial | Creditor | Account | Total |
|---|---|---|---|---|---|---|---|---|---|
| SKYY | Centrifuge Benchtop | 1 | 2016 | $800.00 | | | HENRY-SCHEIN | 3346213 | |
| SKYY | Centrifuge Benchtop | 3 | 2016 | $2,400.00 | | | HENRY-SCHEIN | 3346213 | $1,915.36 |
| Carol Lloyd | VIVIX Tethered DR System | 1 | 2014 | $16,000.00 | | | LCA Bank | 133797-001 | |
| Carol Lloyd | DR Upgrade kit for SR130 X-Ray | 1 | 2014 | $2,200.00 | | | LCA Bank | 133797-001 | |
| Carol Lloyd | 14"X17" Encasement with 10 | 1 | 2014 | $1,110.00 | | | LCA Bank | 133797-001 | |
| Carol Lloyd | 900003 X-Ray System, Portable | 1 | 2014 | $8,000.00 | SR-130, 100kV | 1914 | LCA Bank | 133797-001 | |
| Carol Lloyd | 900003 X-Ray System, Portable | 1 | 2014 | $8,000.00 | SR-130, 100kV | 1915 | LCA Bank | 133797-001 | $32,550.30 |
| Carol Lloyd | 900003 X-Ray System, Portable | 1 | 2014 | $8,000.00 | SR-130, 100kV | 1916 | LCA Bank | 133797-001 | |
| Carol Lloyd | 2010 SR-130 | 1 | 2014 | $8,000.00 | SR-130 | 1147 | LCA Bank | 133797-001 | |
| Carol Lloyd | 2005 Dynarad Phantom | 1 | 2014 | $2,000.00 | | 394 | LCA Bank | 133797-001 | |
| SKYY | Centrifuges | 20 | 2016 | $16,000.00 | | | LCA Bank | 133797-002 | |
| SKYY | Reach in Cooler/Centrifuges | 1 | 2016 | $1,000.00 | | GR72A09002 | LCA Bank | 133797-002 | |
| SKYY | Reach in Cooler/Centrifuges | 1 | 2016 | $1,000.00 | | GR72A09004 | LCA Bank | 133797-002 | $43,337.97 |
| SKYY | Reach in Cooler/Centrifuges | 1 | 2016 | $1,000.00 | | GR72A12001 | LCA Bank | 133797-002 | |
| SKYY | Centrifuges | 30 | 2016 | $24,000.00 | | | LCA Bank | 133797-003 | $43,268.29 |
| Carol Lloyd | Carestream Directview Vita CR System | 1 | 2014 | $8,000.00 | | | LEAF | 100-0000342-000 | $17,964.70 |
| Carol Lloyd | Carestream Directview Vita CR System | 2 | 2013 | $13,000.00 | | | LEAF | 100-1296917-004 | $6,482.32 |
| Carol Lloyd | Dell Poweredge R430 Server | 1 | 2016 | $2,568.00 | | | MARLIN (PRIORITY CAPITAL) | 403-1541186-001 | |
| Carol Lloyd | Sonicwall TZ300 Firewall | 2 | 2016 | $600.00 | | | MARLIN (PRIORITY CAPITAL) | 403-1541186-001 | |
| Carol Lloyd | Dell Inspiron 15 300 Series Laptop | 35 | 2016 | $12,000.00 | | | MARLIN (PRIORITY CAPITAL) | 403-1541186-001 | $47,161.24 |
| SKYY | HP Officejet Pro 6230 Printer | 35 | 2016 | $1,400.00 | | | MARLIN (PRIORITY CAPITAL) | 403-1541186-001 | |
| SKYY | Zebra LP 2824 | 25 | 2016 | $1,000.00 | | | MARLIN (PRIORITY CAPITAL) | 403-1541186-001 | |
| SKYY | Incell 2000 NA New | 1 | 2016 | $95,000.00 | | | STEARNS BANK (Envision Capital) | 001-2101751-001 | $122,117.42 |
| Carol Lloyd | Computer Hardware / Servers Desk | 1 | 2014 | $16,000.00 | | 800-7714 | SUSQUEHANNA | BI392001 | $43,200.00 |
| Carol Lloyd | Carestream Directview Vita CR System | 3 | 2014 | $22,000.00 | | | SUSQUEHANNA | BI32320-007 | $35,483.13 |
| Carol Lloyd | Portable ultrasound machine | 2 | 2015 | $22,000.00 | | | UNI-FI | 185895-0001 | $39,728.47 |
| SKYY | 01R2104 HQM HL7 R INT | 1 | 2016 | | | GTIN 00054749003068 | UNI-FI | 185896-0003 | |
| SKYY | 01R2134 1HQM DI HL7 SETUP | 1 | 2016 | | | GTIN 00054749003174 | UNI-FI | 185896-0003 | |
| SKYY | 01R2129 1HQM DI I-ST CT 10 | 1 | 2016 | | | GTIN 00054749003167 | UNI-FI | 185896-0003 | |
| SKYY | 01R2202 1HQM HL7 R 1 MA | 1 | 2016 | | | GTIN 00054749003228 | UNI-FI | 185896-0003 | |
| SKYY | 01R2225 1HQM SW SYS KT MNT | 1 | 2016 | | | GTIN 00054749003259 | UNI-FI | 185896-0003 | |
| SKYY | 01R2226 1HQM DI I-ST 10MNT | 1 | 2016 | | | GTIN 00054749003266 | UNI-FI | 185896-0003 | |
| SKYY | 01R2102 1HQM SOFTWARE | 1 | 2016 | | | GTIN 00054749002542 | UNI-FI | 185896-0003 | $77,913.60 |
| SKYY | Rotina 420 12 5 & 16S Lids | 2 | 2016 | | | | UNI-FI | 185896-0003 | |
| SKYY | EBA 280 90L 135 & 16S | 1 | 2016 | | | | UNI-FI | 185896-0003 | |
| SKYY | EBA 270 9GI 135 16S | 3 | 2016 | | | | UNI-FI | 185896-0003 | |
| SKYY | 10459322CA1500 COAG Any w/ CAP Piercer/Prin | 1 | 2016 | | | | UNI-FI | 185896-0003 | |
| SKYY | Gene Xpert Infinity 48-16 | 1 | 2016 | $120,000.00 | | | UNI-FI | 185896-0003 | |
| Carol Lloyd | Revo Medical Equipment | 1 | 2015 | | | | US BANK | 600-0133721-000 | $157,459.25 |
| | | | | | | | WELLS FARGO | 603-0119987-000 | $169,788.19 |

**Fill in this information to identify the case:**

Debtor name **CAROL LLOYD INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **ADVANTAGE GROUP** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 15270**
**IRVINE CA 92623**

Creditor's mailing address

Describe the lien
**UCC FILING**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **AFG ALLIANCE FUNDING GROUP** | Describe debtor's property that is subject to a lien | **$77,436.12** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 4130**
**HOPKINS MN 55343**

Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **CAROL LLOYD INC.**
_____
Name                                                                Case number (if know) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ALLY** |
|---|---|

Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**$6,000.00**          **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **ALLY** |
|---|---|

Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**$8,000.00**          **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **ALLY** |
|---|---|

Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**$10,756.47**          **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
- ■ No

---

Debtor    **CAROL LLOYD INC.**                                                          Case number *(if know)*
          _____
          Name

Creditor's email address, if known          ☐ Yes
_____                    **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☑ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **ALLY** | Describe debtor's property that is subject to a lien | **$6,000.00** | **$0.00** |

Creditor's Name
**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**

☑ No
Creditor's email address, if known          ☐ Yes
_____                    **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☑ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☑ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.7 | **ALLY** | Describe debtor's property that is subject to a lien | **$7,776.77** | **$0.00** |

Creditor's Name
**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**

☑ No
Creditor's email address, if known          ☐ Yes
_____                    **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☑ No
                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☑ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.8 | **ALLY** | Describe debtor's property that is subject to a lien | **$5,271.63** | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                                    Case number *(if know)*
_____                                         _____
Name

Creditor's Name
_____

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**

Creditor's mailing address
_____

**Describe the lien**
**PMSI LIEN ON VEHICLE**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

2.9   **ALLY**                              Describe debtor's property that is subject to a lien          $13,378.40          $0.00

Creditor's Name
_____

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**

Creditor's mailing address
_____

**Describe the lien**
**PMSI LIEN ON VEHICLE**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

2.1
0     **ALLY**                              Describe debtor's property that is subject to a lien          $2,603.03          $0.00

Creditor's Name
_____

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**

Creditor's mailing address
_____

**Describe the lien**
**PMSI LIEN ON VEHICLE**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**
_____
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.11**

**ALLY**
_____
Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
**PMSI LIEN ON VEHICLE**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$2,770.01          $0.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.12**

**ALLY**
_____
Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
**PMSI LIEN ON VEHICLE**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$6,478.50          $0.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.13**

**ALLY**
_____
Creditor's Name

**ATTN: BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**

$7,431.46          $0.00

---

Debtor **CAROL LLOYD INC.**
Name

Case number (if know)

---

**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **ALLY** | Describe debtor's property that is subject to a lien | $5,078.26 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 130424
ROSEVILLE, MN 55113**

Creditor's mailing address

**Describe the lien**

**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **ALLY** | Describe debtor's property that is subject to a lien | $9,099.87 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 130424
ROSEVILLE, MN 55113**

Creditor's mailing address

**Describe the lien**

**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **CAROL LLOYD INC.**                                     Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **ALLY** | Describe debtor's property that is subject to a lien | **$19,441.07** | **$0.00** |

Creditor's Name

**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **ALLY** | Describe debtor's property that is subject to a lien | **$17,895.16** | **$0.00** |

Creditor's Name

**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **ALLY** | Describe debtor's property that is subject to a lien | **$16,314.26** | **$0.00** |

Creditor's Name

**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **CAROL LLOYD INC.**                                      Case number (if known) _____
_____
Name

_____          Is the creditor an insider or related party?
Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                      Is anyone else liable on this claim?
**Date debt was incurred**                            ■ No
                                                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     As of the petition filing date, the claim is:
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.1 9 | **ALLY** | Describe debtor's property that is subject to a lien | $19,100.37 | $0.00 |

Creditor's Name

**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address                            Describe the lien
                                                      **PMSI LIEN ON VEHICLE**
_____              Is the creditor an insider or related party?
Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                      Is anyone else liable on this claim?
**Date debt was incurred**                            ■ No
                                                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     As of the petition filing date, the claim is:
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.2 0 | **ALLY** | Describe debtor's property that is subject to a lien | $18,228.79 | $0.00 |

Creditor's Name

**ATTN:  BANKRUPTCY**
**PO BOX 130424**
**ROSEVILLE, MN 55113**
Creditor's mailing address                            Describe the lien
                                                      **PMSI LIEN ON VEHICLE**
_____              Is the creditor an insider or related party?
Creditor's email address, if known                    ■ No
                                                       ☐ Yes
                                                      Is anyone else liable on this claim?
**Date debt was incurred**                            ■ No
                                                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     As of the petition filing date, the claim is:
**interest in the same property?**                    Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor    **CAROL LLOYD INC.**
　　　　　Name

Case number (if know) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 1 | **ALLY** | | | |
|---|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 130424
ROSEVILLE, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$25,764.46                $0.00

---

| 2.2 2 | **ALLY** | | | |
|---|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 130424
ROSEVILLE, MN 55113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,192.41                $0.00

---

| 2.2 3 | **ALLY** | | | |
|---|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY
PO BOX 130424
ROSEVILLE, MN 55113**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**PMSI LIEN ON VEHICLE**

$6,000.00                $0.00

---

Debtor   **CAROL LLOYD INC.**                                    Case number (if know) _____
_____
Name

|  |  |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.2 4 | **ASCENTIUM CAPITAL-AFG** | | |
|---|---|---|---|
|  | Creditor's Name | **Describe debtor's property that is subject to a lien** | $67,616.86 | $0.00 |

**PO BOX 301593**
**DALLAS TX 7303**
Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **ASCENTIUM CAPITAL-AFG** | | |
|---|---|---|---|
|  | Creditor's Name | **Describe debtor's property that is subject to a lien** | $2,609.11 | $0.00 |

**PO BOX 301593**
**DALLAS TX 7303**
Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 29

Debtor   **CAROL LLOYD INC.**
Name

Case number (if know)

---

| 2.2 6 | **AXIS CAPITAL** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**308 N LOCUST ST #100
GRAND ISLAND NE 68801**

Creditor's mailing address

Describe the lien
**UCC FILING**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **BALBOA CAPITAL** | Describe debtor's property that is subject to a lien | **$33,377.89** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**75 ANTON BLVD  12TH FL
COSTA MESA CA 92626**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **BALBOA CAPITAL** | Describe debtor's property that is subject to a lien | **$36,132.11** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**75 ANTON BLVD  12TH FL
COSTA MESA CA 92626**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No

---

Debtor **CAROL LLOYD INC.**

Case number *(if know)* _____

Name _____

---

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.29 | **BENEFICIAL EQUIPMENT FINANCE** | Describe debtor's property that is subject to a lien | $52,692.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**165 POTSTOWN PK
CHESTER SPRINGS PA
19425**

Creditor's mailing address

**Describe the lien
EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.30 | **BLUE RIDGE FINANCIAL** | Describe debtor's property that is subject to a lien | $52,692.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**DBA ENVISION
535 WASHINGTON ST #201
BUFFALO, NY 14203**

Creditor's mailing address

**Describe the lien
EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.31 | **BLUE RIDGE FINANCIAL** | Describe debtor's property that is subject to a lien | $65,152.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **CAROL LLOYD INC.**        Case number (if know) _____

Name

Creditor's Name

**DBA ENVISION**
**535 WASHINGTON ST #201**
**BUFFALO, NY 14203**

Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **BRYN MAWR FUNDING** | **Describe debtor's property that is subject to a lien** | $24,172.72 | $0.00 |

Creditor's Name

**620 W GERMANTOWN PK #310**
**PLYMOUTH MEETING PA 19462**

Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **CITIZEN ONE AUTO FINANCE** | **Describe debtor's property that is subject to a lien** | $21,786.00 | $0.00 |

Creditor's Name

**PO BOX 42113**
**FROVIDENCE RI 02940**

Creditor's mailing address

**Describe the lien**
**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 29

Debtor **CAROL LLOYD INC.**                                      Case number (if know) _____
_____
Name

| | |
|---|---|

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **CITIZEN ONE AUTO FINANCE** | Describe debtor's property that is subject to a lien | $19,227.65 | $0.00 |

Creditor's Name

**PO BOX 42113
FROVIDENCE RI 02940**

Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **EIN CAPITAL** | Describe debtor's property that is subject to a lien | $8,599.00 | $0.00 |

Creditor's Name

**160 PEARL ST  5TH FL
NEW YORK NY 10005**

Creditor's mailing address

Describe the lien
**UCC FILING**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **ELM SERVICES** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**PO BOX 15270
IRVINE CA 92623**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 14 of 29

Debtor **CAROL LLOYD INC.**
Name

Case number (if know)

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**UCC FILING** |
| | **Is the creditor an insider or related party?** |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 7 | **ENVISION CAPITAL GROUP** | **Describe debtor's property that is subject to a lien** | $47,092.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**BANKERS LEASING**
**PO BOX 7740**
**URBANDALE, IA 50323**
Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 8 | **FINANCIAL PACIFIC** | **Describe debtor's property that is subject to a lien** | $85,800.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S 344TH WAY**
**AUBURN LA 98001**
Creditor's mailing address

**Describe the lien**
**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **CAROL LLOYD INC.**
Name                                                                Case number *(if know)*

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 9 | **FORD CREDIT** |
|---|---|

Creditor's Name

**PO BOX 689007
FRANKLIN TN 37068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $23,237.87          $0.00

**Describe the lien**
**PMSI LIEN ON VEHICLE**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 0 | **FORD CREDIT** |
|---|---|

Creditor's Name

**PO BOX 689007
FRANKLIN TN 37068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien          $23,240.60          $0.00

**Describe the lien**
**PMSI LIEN ON VEHICLE**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 1 | **FORD CREDIT** |
|---|---|

Creditor's Name

**PO BOX 689007
FRANKLIN TN 37068**

Creditor's mailing address

Describe debtor's property that is subject to a lien          $22,035.44          $0.00

**Describe the lien**
**PMSI LIEN ON VEHICLE**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 16 of 29

Debtor   **CAROL LLOYD INC.**                                          Case number (if known) _____
_____
Name

| | |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 2 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $23,675.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
_____
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien** |
| | **PMSI LIEN ON VEHICLE** |
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 3 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $13,642.73 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
_____
Creditor's mailing address

| | |
|---|---|
| | **Describe the lien** |
| | **PMSI LIEN ON VEHICLE** |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor  **CAROL LLOYD INC.**                                    Case number (if know) _____
Name

---

| 2.4 4 | | | | |
|---|---|---|---|---|

**FORD CREDIT**
Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien        **$14,595.42**        **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | | | | |
|---|---|---|---|---|

**FORD CREDIT**
Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien        **$2,953.26**        **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | | | | |
|---|---|---|---|---|

**FORD CREDIT**
Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien        **$20,152.42**        **$0.00**

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **CAROL LLOYD INC.**                                          Case number (if known) _____
_____
Name

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 7 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $19,710.36 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 689007**
**FRANKLIN TN 37068**
Creditor's mailing address

Describe the lien
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 8 | **FP- FINANCIAL PACIFIC LEASING** | Describe debtor's property that is subject to a lien | $24,671.40 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S 344TH WAY #300**
**FEDERAL WAY WA 98011**
Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**
**Is the creditor an insider or related party?**
■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 9 | **HENRY SCHEIN** | Describe debtor's property that is subject to a lien | $1,915.36 | $0.00 |
|---|---|---|---|---|

---

Debtor   **CAROL LLOYD INC.**
Name

Case number (if know) _____

Creditor's Name

**DEPT CH 10560**
**PALATINE IL 60055**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**

**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.50 | **IBM** | | **Describe debtor's property that is subject to a lien** | $753.83 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3039 CORNWALLIS RD**
**RESEARCH TRIANGLE**
**PARK NC 27709**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.51 | **LCA BANK CORP** | | **Describe debtor's property that is subject to a lien** | $32,550.30 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**ENVISION**
**3150 LIVERMOIS RD #300**
**TROY, MI 48083**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe the lien**

**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 29

Debtor    **CAROL LLOYD INC.**                  Case number (if know) _____

_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.52**    **LCA BANK CORP**        Describe debtor's property that is subject to a lien      **$43,337.97**      **$0.00**

Creditor's Name

**ENVISION**
**3150 LIVERMOIS RD #300**
**TROY, MI 48083**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.53**    **LCA BANK CORP**        Describe debtor's property that is subject to a lien      **$43,268.29**      **$0.00**

Creditor's Name

**ENVISION**
**3150 LIVERMOIS RD #300**
**TROY, MI 48083**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.54**    **LEAF CAPITAL FUNDING**        Describe debtor's property that is subject to a lien      **$6,482.32**      **$0.00**

Creditor's Name

**2005 MARKET ST 14TH FL**
**PHILADELPHIA PA 19103**

Creditor's mailing address

Describe the lien

---

Debtor    **CAROL LLOYD INC.**                                            Case number (if know) _____
_____
Name

**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | **LEAF CAPITAL FUNDING** | Describe debtor's property that is subject to a lien | $17,964.70 | $0.00 |

Creditor's Name

**2005 MARKET ST 14TH FL**
**PHILADELPHIA PA 19103**

_____
Creditor's mailing address

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 6 | **LEXUS FINANCIAL SERVICES** | Describe debtor's property that is subject to a lien | $29,727.98 | $0.00 |

Creditor's Name

**PO BOX 85855**
**CAROL STREAM IL 60197**

_____
Creditor's mailing address

**Describe the lien**
**PMSI LIEN ON VEHICLE**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **CAROL LLOYD INC.**

Case number (if know) _____

Name

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.57 | **MARTIN BUSINESS BANK** | Describe debtor's property that is subject to a lien | **$47,161.24** | **$0.00** |

Creditor's Name

**PO BOX 13604**
**PHILADELPHIA PA 19101**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.58 | **McKESSON** | Describe debtor's property that is subject to a lien | **$19,540.08** | **$0.00** |

Creditor's Name

**9954 MARYLAND DR #4000**
**RICHMOND VA 23233**

Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.59 | **NOVA COPY** | Describe debtor's property that is subject to a lien | **$907.00** | **$0.00** |

Creditor's Name

**PO BOX 372**
**DEPT 200**
**MEMPHIS, TN 38101**

Creditor's mailing address

Describe the lien
**EQUIPMENT**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **CAROL LLOYD INC.**
_____
Name

Case number *(if know)* _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | **PITNEY BOWES** |
|---|---|

Creditor's Name

**3001 SUMMER ST**
**STAMFORD CT 06926**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**     $319.00     $0.00
_____

**Describe the lien**
**EQUIPMENT**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **ROYAL BANK AMERICA LEASING** |
|---|---|

Creditor's Name

**550 TOWNSHIP LINE RD #425**
**BLUE BELL PA 19422**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**     $0.00     $0.00
_____

**Describe the lien**
**UCC FILING**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**

Name

Case number (if know) _____

---

**2.6 2**

**SPRINT**

Creditor's Name

**PO BOX 8077
LONDON KY 40742**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    **$0.00**       **$0.00**

_____

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 3**

**STEARNS BANK**

Creditor's Name

**PO BOX 750
ALBANY MN 56307**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien              **$122,117.42**       **$0.00**

_____

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6 4**

**SUSQUEHANA CMRCL FINANCE**

Creditor's Name

**2 COUNTRY VIEW RD #300
MALVERN PA 19355**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien               **$35,956.23**       **$0.00**

_____

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Debtor **CAROL LLOYD INC.**
_____
Name

Case number (if know) _____

| | |
|---|---|
| | ☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6 5**

**SUSQUEHANA CMRCL FINANCE**
_____
Creditor's Name

**2 COUNTRY VIEW RD #300 MALVERN PA 19355**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien        $48,351.92        $0.00

_____
Creditor's email address, if known

**Describe the lien**
**EQUIPMENT LEASE W/OPT TO BUY**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6 6**

**TD AUTO FINANCE**
_____
Creditor's Name

**PO BOX 16035 LEWISTON ME04243**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien        $67,235.98        $0.00

_____
Creditor's email address, if known

**Describe the lien**
**PMSI LIEN ON VEHICLE**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ **Yes.** Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6 7**

**TD AUTO FINANCE**

Describe debtor's property that is subject to a lien        $22,605.31        $0.00

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                    Case number (if know)
_____
Name

_____
Creditor's Name

**PO BOX 16035**
**LEWISTON ME04243**
_____
Creditor's mailing address                    _____

                                              **Describe the lien**
                                              _____
                                              **PMSI LIEN ON VEHICLE**
                                              **Is the creditor an insider or related party?**
                                              ■ No
_____               ☐ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**

                                              ■ No
**Date debt was incurred**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

_____

---

| 2.6 8 | **TD AUTO FINANCE** | Describe debtor's property that is subject to a lien | $22,873.71 | $0.00 |

_____
Creditor's Name

**PO BOX 16035**
**LEWISTON ME04243**
_____
Creditor's mailing address                    _____

                                              **Describe the lien**
                                              _____
                                              **PMSI LIEN ON VEHICLE**
                                              **Is the creditor an insider or related party?**
                                              ■ No
_____               ☐ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**

                                              ■ No
**Date debt was incurred**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

_____

---

| 2.6 9 | **TD AUTO FINANCE** | Describe debtor's property that is subject to a lien | $21,511.93 | $0.00 |

_____
Creditor's Name

**PO BOX 16035**
**LEWISTON ME04243**
_____
Creditor's mailing address                    _____

                                              **Describe the lien**
                                              _____
                                              **PMSI LIEN ON VEHICLE**
                                              **Is the creditor an insider or related party?**
                                              ■ No
_____               ☐ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**

                                              ■ No
**Date debt was incurred**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                                    Case number (if know) _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.70 | **UNIFI EQUIPMENT FINANCE** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $39,728.47 | $0.00 |

**ENVISION**
**PO BOX 1689**
**ANN ARBOR, MI 48106**
Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.71 | **UNIFI EQUIPMENT FINANCE** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $77,913.60 | $0.00 |

**ENVISION**
**PO BOX 1689**
**ANN ARBOR, MI 48106**
Creditor's mailing address

Describe the lien
**EQUIPMENT LEASE W/OPT TO BUY**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.72 | **US BANK OF THE WEST** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $157,459.25 | $0.00 |

**1310 MADRID ST**
**MARSHALL MN 56258**
Creditor's mailing address

Describe the lien

---

Debtor   **CAROL LLOYD INC.**                                    Case number (if know) _____
_____
Name

|  | **EQUIPMENT LEASE W/OPT TO BUY** |
|---|---|

**Is the creditor an insider or related party?**

_____   ■ No
Creditor's email address, if known      ☐ Yes

**Date debt was incurred**        **Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**      **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                     ☐ Contingent

☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative
priority.                  ☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,856,565.70** |
|---|---|---|

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **CAROL LLOYD INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400,000.00** | **$1,400,000.00** |
|---|---|---|---|---|

**IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** | **$50,000.00** |
|---|---|---|---|---|

**North Carolina Department of
Revenue
Attn: Tom Gardin
501 N Wilmington St
Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **CAROL LLOYD INC.**                                          Case number (if known) _____
      Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198,901.98 |
|---|---|---|---|
| | **AMERICAN EXPRESS**<br>**PO BOX 981540**<br>**EL PASO TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **6006;1000** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BADGER, DAVID R PA**<br>**2108 SOUTH BLVD #118**<br>**CHARLOTTE NC 28203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _NOTICE ONLY- COUNSEL IN PREVIOUS CH.11_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|
| | **William, Overman, & Pierce**<br>**328 E Market St**<br>**Greensboro, NC 27401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2017_ | Basis for the claim: _unpaid service fees_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,450,000.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 208,901.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,658,901.98 |

**Fill in this information to identify the case:**

Debtor name  **CAROL LLOYD INC.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CAROL LLOYD INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | *Column 1:* **Codebtor** |  | *Column 2:* **Creditor** |  |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City         State         Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City         State         Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City         State         Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City         State         Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name **CAROL LLOYD INC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,340,372.24** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$6,798,601.01** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$5,871,544.11** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                        Case number *(if known)*

---

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ALLY** **ATTN: BANKRUPTCY** **PO BOX 130424** **ROSEVILLE, MN 55113** | **2012 Ford Transit Connect** **Last Four of the VIN: 3065** **(Additional repos have occurred or are in the process)** | **July/August 2018** | **Unknown** |
| **TD AUTO FINANCE** **ATTN: BANKRUPTCY DEPT** **PO BOX 9223** **FARMINGTON, MI 48333** | **2016 Ford Transit** **VIN: NM0LS7375G1251748** | **July 2018** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Balboa Capital** **30-2017-00909841** | **Civil** | **Supreme Court of CA** **County of Orange** **700 Civic Center** **Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **CAROL LLOYD INC.**                                          Case number *(if known)*

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Hospice of Union County** | **3 Annual Sponsorships; 2015, 2016, 2017 Amount of Gift:  $3,000 per sponsorship year** | **May 2015; May 2016; May 2017** | **$9,000.00** |
| | **Recipients relationship to debtor** charitable relationship | | | |
| 9.2. | **Garrett Thomas Foundation** | **Sponsorship during 2015 Amount: $1,500** | **May 2015** | **$1,500.00** |
| | **Recipients relationship to debtor** charitable relationship | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Covey Johnston**<br>**236 Public Square, #103**<br>**Franklin, TN 37064** | **$2,500 (wired) - Consultation/Retainer** | **1/31/2017** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **LEFKOVITZ & LEFKOVITZ 618 CHURCH ST., #410 NASHVILLE, TN 37219** | **Attorney Fees $15,000** | **August 2018** | **$15,000.00** |
| | **Email or website address slefkovitz@lefkovitz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **Carol Lloyd Inc. dba MMDS of Asheville 38 Rosscraggon Road Suite M Asheville, NC 28803** | **Sept 2004 - Present** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | CAROL LLOYD INC. | Case number *(if known)* |
| --- | --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **CAROL LLOYD INC.**                                         Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Carol Lloyd Inc. dba MMDS of Asheville<br>38 Rosscraggon Rd. Suite M<br>Asheville, NC 28803** | **diagnostics services/portable x-ray supplier business** | EIN:   **30-0269453**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Edward Golden<br>2501 Atrium Drive<br>Suite 500<br>Raleigh, NC 27607** | **November 2015 - Present** |
| 26a.2.   **Lauren Jarosek<br>6801 Sanger Avenue<br>Suite 113<br>Waco, TX 76710** | **July 2014 - October 2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **CAROL LLOYD INC.**                                           Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Edward Golden**<br>**2501 Atrium Drive**<br>**Suite 500**<br>**Raleigh, NC 27607** | **November 2015 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Edward Golden**<br>**2501 Atrium Drive**<br>**Suite 500**<br>**Raleigh, NC 27607** | **November 2015 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carol Williams** | **2230 Beach Drive, #1203 Gulfport, MS 39507** | **Share Holder** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lloyd Williams, Jr.** | **2230 Beach Drive, #1203 Gulfport, MS 39507** | **Share holder** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **CAROL LLOYD INC.**                                    Case number *(if known)*

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached - Transfer Sheet** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **CAROL LLOYD INC.**                                                      Case number *(if known)*

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 15, 2018**

**/s/ LLOYD M. WILLIAMS, III**                                **LLOYD M. WILLIAMS, III**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **AUTHORIZED REPRESENTATIVE**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Tennessee

In re __CAROL LLOYD INC._____

Debtor(s)

Case No. _____

Chapter __11_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of reaffirmation agreements and applications as needed, relief from stay actions, motions to redeem property, representation in any loan modification process, substitution of collateral, filing motions to aprove professionals, motions to approve sale of property, motions to authorize retention of special counsel, conversion to another bankruptcy chapter, representation in any other Court or legal matter, or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __August 15, 2018_____ | **/s/ Steven L. Lefkovitz** |
| *Date* | **Steven L. Lefkovitz 5953** |
| | *Signature of Attorney* |
| | **LEFKOVITZ & LEFKOVITZ** |
| | **618 CHURCH ST., #410** |
| | **NASHVILLE, TN 37219** |
| | **615-256-8300  Fax: 615-255-4516** |
| | **slefkovitz@lefkovitz.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re __CAROL LLOYD INC._____     Case No. _____

_____     Chapter __11__
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **AUTHORIZED REPRESENTATIVE** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __August 15, 2018_____     Signature  __/s/ LLOYD M. WILLIAMS, III_____
                                                          LLOYD M. WILLIAMS, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   __CAROL LLOYD INC.__                Case No. _____

                                     Debtor(s)         Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the AUTHORIZED REPRESENTATIVE of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 15, 2018__              __/s/ LLOYD M. WILLIAMS, III__
                                           **LLOYD M. WILLIAMS, III/AUTHORIZED REPRESENTATIVE**
                                         Signer/Title

CAROL LLOYD INC
3011 HARRAH DRIVE SUITE T
SPRING HILL TN 37174

.

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
618 CHURCH ST.,  #410
NASHVILLE, TN 37219

ADVANTAGE GROUP
PO BOX 15270
IRVINE CA 92623

AFG ALLIANCE FUNDING GROUP
PO BOX 4130
HOPKINS MN 55343

ALLY
ATTN:  BANKRUPTCY
PO BOX 130424
ROSEVILLE MN 55113

AMERICAN EXPRESS
PO BOX 981540
EL PASO TX 79998

ASCENTIUM CAPITAL- AFG
PO BOX 301593
DALLAS TX 7303

AXIS CAPITAL
308 N LOCUST ST #100
GRAND ISLAND NE 68801

BADGER, DAVID R PA
2108 SOUTH BLVD #118
CHARLOTTE NC 28203

BALBOA CAPITAL
75 ANTON BLVD  12TH FL
COSTA MESA CA 92626

BENEFICIAL EQUIPMENT FINANCE
165 POTSTOWN PK
CHESTER SPRINGS PA 19425

BLUE RIDGE FINANCIAL
DBA ENVISION
535 WASHINGTON ST #201
BUFFALO NY 14203

BRYN MAWR FUNDING
620 W GERMANTOWN PK #310
PLYMOUTH MEETING PA 19462

CITIZEN ONE AUTO FINANCE
PO BOX 42113
FROVIDENCE RI 02940

EIN CAPITAL
160 PEARL ST  5TH FL
NEW YORK NY 10005

ELM SERVICES
PO BOX 15270
IRVINE CA 92623

ENVISION CAPITAL GROUP
BANKERS LEASING
PO BOX 7740
URBANDALE IA 50323

FINANCIAL PACIFIC
3455 S 344TH WAY
AUBURN LA 98001

FORD CREDIT
PO BOX 689007
FRANKLIN TN 37068

FP- FINANCIAL PACIFIC LEASING
3455 S 344TH WAY #300
FEDERAL WAY WA 98011

HENRY SCHEIN
DEPT CH 10560
PALATINE IL 60055

IBM
3039 CORNWALLIS RD
RESEARCH TRIANGLE PARK NC 27

IRS
CNTRLZD INSOLVENCY OPRTN
PO BOX 7346
PHILADELPHIA PA 19101-7346

LCA BANK CORP
ENVISION
3150 LIVERMOIS RD #300
TROY MI 48083

LEAF CAPITAL FUNDING
2005 MARKET ST 14TH FL
PHILADELPHIA PA 19103

LEXUS FINANCIAL SERVICES
PO BOX 85855
CAROL STREAM IL 60197

MARTIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA PA 19101

MCKESSON
9954 MARYLAND DR #4000
RICHMOND VA 23233

NORTH CAROLINA DEPARTMENT
ATTN: TOM GARDIN
501 N WILMINGTON ST
RALEIGH NC 27604

NOVA COPY
PO BOX 372
DEPT 200
MEMPHIS TN 38101

PITNEY BOWES
3001 SUMMER ST
STAMFORD CT 06926

ROYAL BANK AMERICA LEASING
550 TOWNSHIP LINE RD #425
BLUE BELL PA 19422

SPRINT
PO BOX 8077
LONDON KY 40742

STEARNS BANK
PO BOX 750
ALBANY MN 56307

SUSQUEHANA CMRCL FINANCE
2 COUNTRY VIEW RD #300
MALVERN PA 19355

TD AUTO FINANCE
PO BOX 16035
LEWISTON ME04243

UNIFI EQUIPMENT FINANCE
ENVISION
PO BOX 1689
ANN ARBOR MI 48106

US BANK OF THE WEST
1310 MADRID ST
MARSHALL MN 56258

WILLIAM, OVERMAN, & PIERCE
328 E MARKET ST
GREENSBORO NC 27401

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **CAROL LLOYD INC.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CAROL LLOYD INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 15, 2018**

Date

**/s/ Steven L. Lefkovitz**

**Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant

Counsel for   **CAROL LLOYD INC.**

**LEFKOVITZ & LEFKOVITZ**
**618 CHURCH ST.,  #410**
**NASHVILLE, TN 37219**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**